ALEX G. TSE, CSBN 152348
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIRA ALEJANDRE PONCE,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security<br><br>Defendant. | Case No.: 4:18-cv-01764-KAW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE AND SERVE ANSWER, CERTIFIED ADMINISTRATIVE RECORD, AND TO MODIFY BRIEFING SCHEDULE.** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to file the certified administrative record (CAR) and Answer to Plaintiff's Complaint be extended from September 11, 2018 to **October 11, 2018**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Defendant needs additional time for the preparation of the paper Certified Administrative Record (CAR). Defendant also needs additional time for attorney review following receipt of the CAR to prepare the Answer and/or responsive pleading. Defendant makes this request in good faith with no intention to unduly delay the proceedings.

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 11, 2018 /s/ *Steven Rosales*
(*as authorized by email on September 11, 2018)
KRISTINE CHAPPELL
Attorney for Plaintiff

Dated: September 11, 2018 ALEX G. TSE
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: 9/17/18                    _____
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE