ALEX G. TSE, CSBN 152348
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIRA ALEJANDRE PONCE GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security<br><br>Defendant. | Case No.: 4:18-cv-01764-KAW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE AND SERVE ANSWER, CERTIFIED ADMINISTRATIVE RECORD, AND TO MODIFY BRIEFING SCHEDULE.** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to file the certified administrative record (CAR) and Answer to Plaintiff's Complaint be extended from October 11, 2018 to **October 24, 2018**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Defendant needed additional time for the preparation of the paper Certified Administrative Record (CAR) and for attorney review following receipt of the CAR to prepare the Answer and/or responsive pleading. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Defendant apologizes for the belated request for extension, but was out on sick leave from the flu/acute pneumonia and sought an additional

extension of time as soon as reasonably practicable. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 24, 2018
/s/ *Steven Rosales*
(*as authorized by email by legal assistant E. Perez on October 23, 2018)
STEVEN ROSALES
Attorney for Plaintiff

Dated: October 24, 2018
ALEX G. TSE
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By  /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: 10/24/18

THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE