Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  ELVIRA ALEJANDRE PONCE GARCIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIRA ALEJANDRE PONCE GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 4:18-cv-01764-KAW<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE<br>ORDER |

TO THE HONORABLE KANDIS A. WESTMORE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Elvira Ponce ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to December 21, 2018; and that Defendant shall have until January 22, 2019, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due January 29, 2019.

-1-

An extension of time is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: November 21, 2018    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  November 21, 2018    ALEX G. TSE
United States Attorney


*/S/- Tina Naicker

_____
Tina Naicker
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

1     IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including December 21, 2018, in which to file Plaintiff's Motion for Summary
3 Judgment or Remand; Defendant may have an extension of time to January 22,
4 2019 to file her opposition, if any is forthcoming. Any reply by plaintiff will be
5 due January 29, 2018.
6     IT IS SO ORDERED.
7 DATE: November 26, 2018

*/s/ Kandis Westmore*
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE